# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,
    Plaintiff

v.                                         Case No.  1:09-cr-172

Daryl Haynor    (01)
Jon Flask        (02)
    Defendants

## ORDER

The following is the trial schedule to commence on January 7, 2013 at 9:00 AM:

Monday, January 7, 2013 through Thursday, January 10, 2013;
Monday, January 14, 2013 through Thursday, January 17, 2013;
Tuesday, January 22, 2013 through Thursday, January 24, 2013;
Monday, January 28, 2013 through Thursday, January 31, 2013 and;
Monday, February 4, 2013 through Thursday, February 7, 2013.

**SO ORDERED**.


Date: October 9, 2012                          s/Sandra S. Beckwith
                                                             Sandra S. Beckwith, Senior Judge
                                                             United States District Court