UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                    :     Case No. 1:09-CR-172
                                             :
        Plaintiff,                           :
                                             :
vs.                                          :
                                             :
Daryl Haynor and Jon Flask,                  :
                                             :
        Defendants.                          :

VERDICT NUMBER ONE

We, the jury, in respect of the charge set forth in Count One of the indictment, conspiracy to defraud the United States and the Internal Revenue Service, for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of the Internal Revenue Service in the ascertainment, assessment and collection of federal income taxes, in violation of Title 18 of the United States Code, Section 371, do find the Defendant Daryl Haynor:

        XX    Not Guilty                 _____ Guilty


DATE: February 4, 2013              ___s/Juror No. 8_____
                                    Foreperson Juror # 8


___s/Juror No. 3_____            ___s/Juror No. 11_____
        Juror # 3                          Juror # 11


___s/Juror No. 10_____             ___s/Juror No. 2_____
        Juror # 10                         Juror # 2


___s/Juror No. 1_____            ___s/Juror No. 6_____
        Juror # 1                          Juror # 6

s/Juror No. 4
Juror # 4

s/Juror No. 5
Juror # 5

s/Juror No. 12
Juror # 12

s/Juror No. 7
Juror # 7

s/Juror No. 9
Juror # 9