UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:09-CR-172 |
| Plaintiff, | : | |
| vs. | : | |
| Daryl Haynor and Jon Flask, | : | |
| Defendants. | : | |

VERDICT NUMBER THREE

We, the jury, in respect of the charge set forth in Count Two of the indictment, corrupt endeavor to obstruct and impede the due administration of the Internal Revenue Laws of the United States, in violation of Title 26, United States Code, Section 7212(a), do find the Defendant Daryl Haynor:

_____ Not Guilty           _____ Guilty

DATE:_____       _____
                                                                                Foreperson Juror # \_\_\_\_\_

_____       _____
     Juror # \_\_\_\_\_                                                Juror # _____

_____       _____
     Juror # \_\_\_\_\_                                                Juror # _____

_____       _____
     Juror # _____                                              Juror # _____

_____         _____
          Juror # ____                                                     Juror # _____


_____         _____
          Juror # _____                                                  Juror # _____


_____
          Juror # _____