UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

United States of America,
    Plaintiff

-vs-                                            Case No. 1:09-cr-172

Daryl Haynor    (01)
Jon Flask        (02),
    Defendants

**AMENDED JUDGMENT**

| | | |
|---|---|---|
| **X** | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that:

1)    Defendant Haynor is found not guilty on Count One and;
2)    Defendant Flask is found not guilty on Counts One and Two.

Date: February 7, 2013                             John P. Hehman, Clerk

                                                            By: s/Mary C. Brown
                                                             Mary C. Brown, Deputy Clerk